UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Cr. No. 09-37
-vs- : **Amended**
HUSSAIN ALI ALMATROOD : ORDER OF RELEASE

It is on this 29th day of May 2009 ORDERED:

That bail be fixed at $50,000 and the defendant be released upon unsecured appearance bond.

It is further ORDERED that, in addition to the above, the following conditions are imposed:

1. Pretrial Services Supervision
2. To surrender passport and to not apply for any travel documents (passport can remain in INS attorney possession during Renewal of Humanitarian Parole application)
3. Travel restricted to the Southern District of Texas and the District of New Jersey for court matters.
4. The defendant is limited to the use of one computer and this may be used for employment/school purposes only. Computer is subject to installation of computer monitoring software and manual inspections at the discretion of Pretrial Services. By consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected, and subject to inspection for password compliance by Pretrial Services.

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
WILLIAM H. WALLS, U.S.S.D.J.


I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
Loretta Mi____, Deputy Clerk

# NOTICE OF PENALTIES APPLICABLE
## TO THE VIOLATION OF CONDITION OF RELEASE

Title 18, United States Code, Section 3146(c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant bay be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant willfully fails to appear as required he shall incur a forfeiture of any security given or pledged; and in addition:

1. If the release was in connection with a charge of felony, or while awaiting sentence or pending appeal, he shall be fined not more than $5,000 or imprisoned not more than five years, or both.

2. If the charge was a misdemeanor, he shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3. If the above release relates to an appearance of a material witness, the penalty for willfully failing to appear is a fine of not more tan $1,000 or imprisonment for not more than one year, or both.