UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. William H. Walls

v. : Crim. No. 09-37

HUSSAIN ALI ALMATROOD, : CONTINUANCE ORDER

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Evan Williams, Trial Attorney for the United States Department of Justice), and defendant Hussain Ali Almatrood (by Michael Weinstein, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant desires further time to review the discovery to be made available by the United States pursuant to Fed. R. Crim. P. 16(a);

2. Both the United States and the defendant desire additional time to conduct plea negotiations and to discuss a

plea agreement, which would render trial of this matter unnecessary;

3. Defendant has consented to the aforementioned continuance;

4. Only one previous continuance, from May 19, 2009 to June 18, 2009, has been entered since the Indictment of this matter; and

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 22 day of June, 2009.

IT IS ORDERED that the period between June 18, 2009 and July 18, 2009 be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. WILLIAM H. WALLS
Senior U.S. District Court Judge

CONSENTED AND AGREED TO:

_____ 6/17/09
EVAN C. WILLIAMS
Trial Attorney, D.O.J.

_____ 6/16/09
MICHAEL WEINSTEIN, ESQ.
Counsel to HUSSAIN ALI ALMATROOD