UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 09-37 |
| HUSSAIN ALI ALMATROOD, | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Evan Williams, Trial Attorney for the United States Department of Justice), and defendant Hussain Ali Almatrood (by Michael Weinstein, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.  Defendant has indicated that he wants to accept the plea offer extended by the government and plead guilty to Count One of the above-captioned indictment, with the government to dismiss the remaining count at the time of sentencing;

2.  The soonest date for plea proceedings convenient both for the Court and the parties is September 30, 2009, more than 70 days

after the most recent continuance ended on July 18, 2009;

   3.   Defendant has consented to an additional continuance;

   4.   Only two previous continuances, from May 19, 2009 to June 18, 2009, and from June 18, 2009 to July 18, 2009, have been entered since the arraignment of this matter; and

   5.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

   WHEREFORE, on this 31 day of August, 2009.

   IT IS ORDERED that the period between July 18, 2009 and September 30, 2009 be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. WILLIAM H. WALLS
Senior U.S. District Court Judge

CONSENTED AND AGREED TO:

_____
EVAN C. WILLIAMS
Trial Attorney, D.O.J.

_____
MICHAEL WEINSTEIN, ESQ.
Counsel to HUSSAIN ALI ALMATROOD