# UNITED STATES DISTRICT COURT

for the

## District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | Case No. 2:09cr37-01 |
| v. | ) | |
| Hussain Ali Almatrood | ) | |
| *Defendant* | ) | |
| | ) | |

## ORDER OF DISCHARGE AND DISMISSAL

The supervising probation officer, with the consent of the Government, reports that the Defendant has complied with all conditions included in the April 19, 2010 Amended Judgment of Conviction and recommends early discharge from all remaining conditions and supervision.

**IT IS HEREBY ORDERED:** The defendant is, upon the execution date of this Order, discharged from probation and all conditions therein, and the Defendant is fully released from all sentencing conditions and obligations contained within the Amended Judgment of Conviction.

Date: _/6 January 2011_

_____
WILLIAM H. WALLS
Senior United States District Judge